United States District Court
Southern District of Texas
**ENTERED**
July 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HCC CORPORATION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-338 |
| | § | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED MOTION TO ABATE LITIGATION AND ADMINISTRATIVELY CLOSE

The court held a status conference on July 21, 2017. At that conference, the parties agreed to abate the case subject to reinstatement. This case is abated and administratively closed. The parties must move to dismiss with prejudice or move to reinstate the case to the active docket no later than 14 days after the underlying suit is resolved.

SIGNED on July 21, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge